MICHAEL J. AGUIRRE, City Attorney
ANDREW JONES, Deputy City Attorney
California State Bar No. 188375
Office of the City Attorney
    1200 Third Avenue
    Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants
CITY OF SAN DIEGO and
CHRISTOPHER LEAHY
FILED 06 SEP 22 AM 10: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JEFFRIES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, CHRISTOPHER LEAHY and DOES 1 to 20,<br><br>    Defendants. | Case No. 05 cv 2187 (JM) BLM<br><br>**PROTECTIVE ORDER RE: PRIVILEGE LOG FOR SDPD OFFICER CHRISTOPHER LEAHY'S PERSONNEL RECORDS**<br><br>Hon. Jeffrey T. Miller<br>Magistrate: Hon. Barbara L. Major |

Subject to the approval of this Court, the City Attorney's Office agrees to the release of documents enumerated below, related to the litigation of this matter, subject to the following protective order:

    1.    The City will produce for the parties a copy of the privilege log for San Diego Police Department (SDPD) Officer Christopher Leahy. This privilege log was prepared in response to a defense request for production of documents seeking Officer Leahy's personnel records.

    2.    The parties, their agents, employees, attorneys and anyone acting in concert with them and participating with them agree to not engage in nor perform any of the following:

        a.    Convey, transfer, copy (other than for use within the parties attorney's office), publish or distribute the information ordered disclosed or developed nor authorize

1 | another to convey, transfer, copy, publish or distribute the information disclosed to anyone
2 | without court approval.
3 |       b.    Use the records or information disclosed, discovered or developed for any
4 | purpose other than in conjunction with the instant case proceedings pursuant to applicable law.
5 |     3.    That the Court has the authority to modify, at any time, the terms of this
6 | protective order on public policy grounds.
7 |     4.    That no documents will be presented to the Court, under seal, without first
8 | obtaining Court approval, which could be concurrent with the filing.
9 |     5.    Use of the information disclosed pursuant to this protective order is limited to this
10 | matter and the parties, their attorneys, or any other individual shall not utilize it in any other
11 | criminal or civil proceeding; and,
12 |     6.    Use of the information disclosed pursuant to this protective order is limited to this
13 | case; the parties in this matter or their attorneys shall not divulge it, either in writing or orally, to
14 | persons not having a need to, or access to (including the media), the disclosed material for any
15 | purpose whatsoever, including for the purposes of preparing this matter for trial or for appeal.
16 |     7.    This order does not restrict the conveyance, transfer, publishing or distribution of
17 | information solely between the parties to this matter or their respective attorneys during the
18 | course of these proceedings.
19 |     8.    Violation of this order would constitute contempt of court and an invasion of
20 | privacy.
21 |     9.    The parties shall be deemed to have reserved until trial any objections to
22 | admissibility of any of the information ordered disclosed from the officers' personnel file.
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

YOU ARE FURTHER ORDERED that, upon request, plaintiff will immediately upon final disposition of this case, ensure that any and all materials disclosed pursuant to this protective order are returned to Andrew Jones, Deputy City Attorney, 1200 Third Avenue, Suite 1100, San Diego, California.

IT IS SO ORDERED.

*Plaintiff's counsel agreed to the imposition of this order.*

Dated: 9/21/06

Hon. Barbara L. Majors
UNITED STATES DISTRICT COURT JUDGE