FILED

2006 OCT 17 AM 8: 19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JEFFRIES, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN DIEGO, CHRISTOPHER LEAHY and DOES 1 to 20, <br><br> Defendants. | Case No. 05cv2187 (JM) BLM <br><br> **STIPULATION FOR DISMISSAL AND ORDER THEREON** <br><br> Hon. Jeffrey T. Miller <br> Magistrate: Hon. Barbara L. Major |

IT IS HEREBY STIPULATED by and between plaintiff, TRACY JEFFRIES, and defendants, CITY OF SAN DIEGO and CHRISTOPHER LEAHY, (hereinafter "CITY DEFENDANTS") that this action, brought pursuant to the 28 U.S.C. 1983, *inter alia*, is settled in accordance with the following terms:

1.  Defendant CITY OF SAN DIEGO agrees to pay the sum of $50,000, in full settlement and satisfaction of any and all claims which plaintiff TRACY JEFFRIES may have or may hereafter acquire against CITY DEFENDANTS arising out of the circumstances alleged in Plaintiff's Complaint, an incident occurring on or about August 30, 2005, as more fully set forth in Plaintiff's Complaint filed October 5, 2005, including any and all attorney's fees.

///

///

2.   Plaintiff's Complaint shall be dismissed in its entirety, with prejudice, as to all of the CITY DEFENDANTS. Plaintiff shall bear his own costs of suit, including attorney's fees, which he may have incurred in the prosecution of this action.

3.   This instrument constitutes a settlement of a disputed claim and does not constitute an admission of liability or fault on the part of the City of San Diego or its agents or employees in reference to the events alleged in the complaint or otherwise.

4.   The monetary consideration in settlement shall constitute a complete release from and bar to any and all causes of action, claims, rights, liens or subrogated interests, known or unknown to the plaintiffs and in whosoever vested, by reason of or arising from any circumstances relating to Plaintiff's Complaint, and Plaintiff agrees to indemnify, defend and save harmless the City of San Diego, and any employee or agent of the City of San Diego, if the terms of this stipulation or claims identified in Plaintiff's Complaint and herein, are litigated in the future.

5.   As to the claims, demands, causes of action and liabilities released herein, Plaintiffs expressly waive to the fullest extent permissible under law, any and all rights under section 1542 of the Civil Code of the State of California, which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

The provisions of all comparable, equivalent, or similar statutes and principles of common law of California, of the other states of the United States, and of the United States are also hereby expressly waived to the same extent by Plaintiffs.

6.   It is the intention of the Plaintiff, through this release and dismissal instrument, to fully, finally, and forever settle and release all such matters and all related claims, which have existed, now exist, or may exist between Plaintiff TRACY JEFFRIES and CITY DEFENDANTS.

///

///

This release shall be and remain in effect as a full and complete release of all such matters, even if different facts or claims may be discovered in the future.

**IT IS SO STIPULATED.**

Dated: October 6, 2006

By _____
Tracy Jeffries

Dated: October 9, 2006

LAW OFFICES OF MICHAEL A. MARRINAN

By _____
Michael A. Marrinan

Attorneys for Plaintiff
Tracy Jeffries

Dated: October 2, 2006

MICHAEL J. AGUIRRE, City Attorney

By _____
ANDREW JONES
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO and
CHRISTOPHER LEAHY

## ORDER

This Court, having reviewed the matter as stated above and finding good cause therefor, orders this matter dismissed in its entirety, with prejudice, in accordance with the terms set forth, and the Clerk of the Court is requested to enter this dismissal in the official docket.

DATED: 10/16/06

_____
JUDGE OF THE DISTRICT COURT